CLASS ACTION - COMPLAINT for Violation of the Fair Labor Standards Act; the CNMI Minimum Wage and Hour Act, Nonresident Workers Act and Building safety Code; Breach of Contract; Breach of the Implied Covenant of Good Faith and Fair Dealing; and Action for Rent Abatement; Summons Issued DFT Advance Textile Corp., A Corporation DFT American Investment Corp., A Corporation DFT American Pacific Textile, Corp., A Corporation DFT Concorde Garment Manufacturing Corp., A Corporation DFT Diorva (saipan) Ltd., A Corporation DFT Global Manufacuring Inc., A Corporation DFT Grace International Inc., A Corporation DFT Hansae (saipan), Inc., A Corporation DFT Joo Ang Apparel, Inc., A Corporation DFT L&t International Corp., A Corporation DFT Mariana Fashions Inc., A Corporation DFT Marianas Garment Manufacturing Inc., A Corporation DFT Michigan Inc., A Corporation DFT Micronesian Garment Manufacturing, Inc., A Corporation DFT Neo Fashion, Inc., A Corporation DFT N.e.t. D/b/a Suntex Manufacturing Corp., A Corporation DFT Pang Jin Sang Sa Corp., A Corporation DFT Sako Corp., A Corporation DFT Top Fashion Corp., A Corporation DFT Trans-asia Garment Forte Corp., A Corporation DFT United International Corp., A Corporation DFT Us Cnmi Development Corp., A Corporation;
Filed by: PTF Doe 001, PTF Doe 002, PTF Doe 003, P
Applies to: DFT Advance Textile Corp., A Corporation (dft. 01), DFT American Investment Corp., A Corporation (dft. 02), DFT American Pacific Textile, Corp., A Corporation (dft. 03), DFT Concorde Garment Manufacturing Corp., A Corporation (dft. 04), DFT Diorva (saipan) Ltd., A Corporation (dft. 05), DFT Global Manufacuring Inc., A Corporation (dft. 06), DFT Grace International Inc., A Corporation (dft. 07), DFT Hansae (saipan), Inc., A Corporation (dft. 08), DFT Joo Ang Apparel, Inc., A Corporation (dft. 09), DFT L&t International Corp., A Corporation (dft. 10), DFT Mariana Fashions Inc., A Corporation (dft. 11), DFT Marianas Garment Manufacturing Inc., A Corporation (dft. 12), DFT Michigan Inc., A Corporation (dft. 13), DFT Micronesian Garment Manufacturing, Inc., A Corporation (dft. 14), DFT Neo Fashion, Inc., A Corporation (dft. 15), DFT N.e.t. D/b/a Suntex Manufacturing Corp., A Corporation (dft. 16), DFT Pang Jin Sang Sa Corp., A Corporation (dft. 17), DFT Sako Corp., A Corporation (dft. 18), DFT Top Fashion Corp., A Corporation (dft. 19), DFT Trans-asia Garment Forte Corp., A Corporation (dft. 20), DFT United International Corp., A Corporation (dft. 21), DFT Us Cnmi Development Corp., A Corporation (dft. 22) [MGM EOD 01/14/1999]