EX PARTE MOTION  Motion For An Order Staying Proceedings on 02/17/1999 at 09:00AM;;
Filed by: PTF Doe 1, PTF Doe 2, PTF Doe 3, PTF Doe
Applies to: DFT Advance Textile Corp., A Corporation (dft. 01), DFT American
Investment Corp., A Corporation (dft. 02), DFT American Pacific Textile, Corp., A
Corporation (dft. 03), DFT Concorde Garment Manufacturing Corp., A Corporation
(dft. 04), DFT Diorva (saipan) Ltd., A Corporation (dft. 05), DFT Global
Manufacuring Inc., A Corporation (dft. 06), DFT Grace International Inc., A
Corporation (dft. 07), DFT Hansae (saipan), Inc., A Corporation (dft. 08), DFT
Joo Ang Apparel, Inc., A Corporation (dft. 09), DFT L&t International Corp., A
Corporation (dft. 10), DFT Mariana Fashions Inc., A Corporation (dft. 11), DFT
Marianas Garment Manufacturing Inc., A Corporation (dft. 12), DFT Michigan Inc., A
Corporation (dft. 13), DFT Micronesian Garment Manufacturing, Inc., A Corporation
(dft. 14), DFT Neo Fashion, Inc., A Corporation (dft. 15), DFT N.e.t. D/b/a
Suntex Manufacturing Corp., A Corporation (dft. 16), DFT Pang Jin Sang Sa Corp., A
Corporation (dft. 17), DFT Sako Corp., A Corporation (dft. 18), DFT Top Fashion
Corp., A Corporation (dft. 19), DFT Trans-asia Garment Forte Corp., A Corporation
(dft. 20), DFT United International Corp., A Corporation (dft. 21), DFT Us Cnmi
Development Corp., A Corporation (dft. 22) [GLP EOD 02/16/1999]