MEMORANDUM In Support Of Motion for Disqualification pursuant to 28 USC 455 & Stay of Proceedings pending ruling on motion.; Filed by: PTF Doe 1, PTF Doe 2, PTF Doe 3, PTF Doe 4, PTF Doe 5, PTF Doe 6, PTF Doe 7, PTF Doe 8, PTF Doe 9, PTF Doe 10, PTF Doe 11, PTF Doe 12, PTF Doe 13, PTF Doe 14, PTF Doe 15, PTF Doe 16, PTF Doe 17, PTF Doe 18, PTF Doe 19, PTF Doe 20, PTF Doe 21, PTF Doe 22, PTF Doe 23 Applies to: DFT Advance Textile Corp., A Corporation (dft. 01), DFT American Investment Corp., A Corporation (dft. 02), DFT American Pacific Textile, Corp., A Corporation (dft. 03), DFT Concorde Garment Manufacturing Corp., A Corporation (dft. 04), DFT Diorva (saipan) Ltd., A Corporation (dft. 05), DFT Global Manufacuring Inc., A Corporation (dft. 06), DFT Grace International Inc., A Corporation (dft. 07), DFT Hansae (saipan), Inc., A Corporation (dft. 08), DFT Joo Ang Apparel, Inc., A Corporation (dft. 09), DFT L&t International Corp., A Corporation (dft. 10), DFT Mariana Fashions Inc., A Corporation (dft. 11), DFT Marianas Garment Manufacturing Inc., A Corporation (dft. 12), DFT Michigan Inc., A Corporation (dft. 13), DFT Micronesian Garment Manufacturing, Inc., A Corporation (dft. 14), DFT Neo Fashion, Inc., A Corporation (dft. 15), DFT N.e.t. D/b/a Suntex Manufacturing Corp., A Corporation (dft. 16), DFT Pang Jin Sang Sa Corp., A Corporation (dft. 17), DFT Sako Corp., A Corporation (dft. 18), DFT Top Fashion Corp., A Corporation (dft. 19), DFT Trans-asia Garment Forte Corp., A Corporation (dft. 20), DFT United International Corp., A Corporation (dft. 21), DFT Us Cnmi Development Corp., A Corporation (dft. 22) [WJB EOD 02/16/1999]