STIPULATION for Extension of Time to Respond to Complaint for Damages and Injunctive Relief; (Proposed) Order Thereon.;

Applies to: DFT Advance Textile Corp., A Corporation (dft. 01), DFT American Investment Corp., A Corporation (dft. 02), DFT American Pacific Textile, Corp., A Corporation (dft. 03), DFT Concorde Garment Manufacturing Corp., A Corporation (dft. 04), DFT Diorva (saipan) Ltd., A Corporation (dft. 05), DFT Global Manufacuring Inc., A Corporation (dft. 06), DFT Grace International Inc., A Corporation (dft. 07), DFT Hansae (saipan), Inc., A Corporation (dft. 08), DFT Joo Ang Apparel, Inc., A Corporation (dft. 09), DFT L&t International Corp., A Corporation (dft. 10), DFT Mariana Fashions Inc., A Corporation (dft. 11), DFT Marianas Garment Manufacturing Inc., A Corporation (dft. 12), DFT Michigan Inc., A Corporation (dft. 13), DFT Micronesian Garment Manufacturing, Inc., A Corporation (dft. 14), DFT Neo Fashion, Inc., A Corporation (dft. 15), DFT N.e.t. D/b/a Suntex Manufacturing Corp., A Corporation (dft. 16), DFT Pang Jin Sang Sa Corp., A Corporation (dft. 17), DFT Sako Corp., A Corporation (dft. 18), DFT Top Fashion Corp., A Corporation (dft. 19), DFT Trans-asia Garment Forte Corp., A Corporation (dft. 20), DFT United International Corp., A Corporation (dft. 21), DFT Us Cnmi Development Corp., A Corporation (dft. 22), PTF Doe 001, PTF Doe 002, PTF Doe 003, PTF Doe 004, PTF Doe 005, PTF Doe 006, PTF Doe 007, PTF Doe 008, PTF Doe 009, PTF Doe 010, PTF Doe 011, PTF Doe 012, PTF Doe 013, PTF Doe 014, PTF Doe 015, PTF Doe 016, PTF Doe 017, PTF Doe 018, PTF Doe 019, PTF Doe 020, PTF Doe 021, PTF Doe 022, PTF Doe 023 [FMC EOD 02/22/1999]