MINUTE ENTRY  on motion to withdraw as counsel and motion for approval and
distribution of notice to eligible FLSA plaintiffs.  Attorney Pamela Parker for the
Plaintiffs, appeared via telephone.  Mark Hanson  appeared in person on behalf of
the Plaintiffs.  Attorney Patrick Swan, for Defendant, appeared by telephone.
Attorneys  Steve Pixley, Steve Nutting, Brian McMahon, Eric Smith, Colin Thompson,
David A. Wiseman, Richard Pierce, Vicente Salas, Ray Yana, Mark Williams and Joseph
Horey  appeared on behalf of the Defendants.  Attorney David Wiseman advised the
Court that some changes have occured, and moved that the motion to withdraw as
counsel be continued to August 16, 2000 at 9:00 a.m.  Court so ordered.  Attorney
Parker argued the motion for approval and distribution of notice to eligible FLSA as
Plaintiffs.  Attorney Nutting argued against the motion.  Court stated that this
motion is premature; therefore, the Court continues this matter  and will set it at
the soonest possible time after a Fourth Amendment Complaint has been filed.;

  [MGM EOD 08/10/2000]