MINUTE ENTRY   PROCEEDINGS: HEARING ON MOTION TO ENFORCE MARCH 19, 2002 ORDER AND TO EXTEND TIME TO FILE CONSENT TO SUE FORMS

Attorney Patrick Civille was present on behalf of the Plaintiffs.  Attorneys Michael Rubin, Pamela Parker and Michele Ciccareli are appearing via telephone. Attorneys Richard Pierce, Colin Thompson, Reynaldo Yana, Joseph Horey and Eric Smith appearing for Defendants.

Attorney Michelle Ciccareli argued the motions and stated that plaintiffs will be seeking an extension of time to effectuate all mailings.

Attorney Pierce argued on behalf of defendants and stated that defendants distribution of the notice were very good.  Counsel objects to any request of plaintiffs for an extension.

Attorney Ciccareli responded.  Attorney Civille also responded that some 2,108 of all workers have not received the notice.

Mr. Joseph Horey appearing for (Top Fashion, MGM, Hansai, American Pacific, Marianas Fashion, Michigan and NET) replied that those that have not been given notice were those that are off-island.

Mr. Eric Smith for US CNMI replied that 170 had signed the list, of the120 that did not sign, 32 have left the island.  Plaintiffs have gotten the addresses of all the people that have not signed receiving the notice.

Mr. Pierce stated that only 111 of his workers have not received the notice and that plaintiffs have gotten the addresses.

Mr. Bogdan (Sako Corp) stated that all but 1 worker received the notice.  This worker was sick at the time and was unavailable.

Court granted plaintiffs' motion as to Advance Textile Corp, Global Manufacturing, Transasia, L & T Corp and U. S. CNMI Development.  The Court denied the motion as to the other defendant factories.

       Adjourned at 11:28 a.m.

;    [LV EOD 05/22/2002]