MINUTE ENTRY    PROCEEDINGS: HEARING RE: CONSENT TO SUE FORMS

Attorney Michael Rubin, Joyce Tang, Albert Meyerhoff and Akiko Kikuchi appeared on behalf of the Plaintiffs.  Attorneys Richard Pierce, Joseph Horey, Sean Frink, Robert Goldberg, Reynaldo Yana, Danilo Aguilar, Patrick Swan, Perry Inos and Mark Williams appeared for Defendants.

Attorney Michael Rubin stated that the 712 late filing claimants would be sent a notice regarding their rights as to this class action.  Attorney Richard Pierce stated that he didn't approve of the acceptance of the late filings of the right-to-sue forms that came to the Court after the cut-off date.

Court recessed at 11:55 a.m. and reconvened at 1:35 p.m.

Attorney Horey reported to the Court that the parties had met over the lunch hour and had not reached an agreement as to the acceptance of the late (after Aug. 7th) Consent to Sue Forms and noticing.  After lengthy discussions, it was agreed among the parties that two notices would be sent to the claimants.  Attorney Pierce objected.  Court, overruled the objection, and ordered that the notices be written and translated so that they could be reviewed by the Court.

;    [KLL EOD 10/31/2002]